REED SMITH LLP
James C. McCarroll
Jordan W. Siev
Kurt F. Gwynne (*pro hac vice* pending)
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
         jsiev@reedsmith.com
         kgwynne@reedsmith.com

*Proposed Counsel for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| National Bank of Anguilla (Private Banking & Trust) Ltd., | Case No.: 16-11806 (MG) |
| Debtor. | |

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR FIRST DAY**
**HEARING ON JUNE 24, 2016, AT**
**9:00 A.M. (EASTERN)**

Date and Time:     June 24, 2016 at 9:00 a.m. (Eastern)

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 523, New York, New York 10004-1408

Copies of Motions: A copy of each filed motion or other document can be viewed on the Court's website at www.nysb.uscourts.gov.

**A.     INTRODUCTION**

1. Voluntary Chapter 11 Petition [Dkt. # 1].

    Related Document(s):

    (A) Corporate Ownership Statement Pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1 and Local Bankruptcy Rule 1007-3 [Dkt. # 1].

2. Declaration of William Tacon Pursuant to Local Rule 1007-2 [Dkt. # 2].

3. Notice of Commencement of Case and First Day Hearing [Dkt. # 12].

**B.     FIRST DAY MOTIONS**

4. Motion of Debtor and Debtor in Possession for an Order Extending the Time for the Debtor to File its Schedules and Statement of Financial Affairs [Dkt. # 3].

    Related Document(s):

    (A) Proposed Order Extending the Time for the Debtor to File its Schedules and Statement of Financial Affairs [Dkt. # 3].

    Responses:  None

    Status: This matter is going forward.

5. Motion of Debtor and Debtor in Possession for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. # 4].

    Related Document(s):

    (A) Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. # 4].

    Responses:  None

    Status: This matter is going forward.

6.     Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Debtor and Debtor in Possession to Conduct Discovery Regarding National Bank of Anguilla Ltd. [Dkt. # 5].

    Related Document(s):

    (A)     Proposed Order Granting Motion of Debtor and Debtor in Possession for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Examination of National Bank of Anguilla Ltd. [Dkt. # 5].

    <u>Responses</u>:  None

    <u>Status</u>: This matter is going forward.

7.     Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Debtor and Debtor in Possession to Conduct Discovery Regarding National Commercial Bank of Anguilla Ltd. [Dkt. # 6].

    Related Document(s):

    (A)     Proposed Order Granting Motion of Debtor and Debtor in Possession for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Examination of National Commercial Bank of Anguilla Ltd. [Dkt. # 6].

    <u>Responses</u>:  None

    <u>Status</u>: This matter is going forward.

8.     Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Debtor and Debtor in Possession to Conduct Discovery Regarding Eastern Caribbean Central Bank  [Dkt. # 7].

    Related Document(s):

    (A)     Proposed Order Granting Motion of Debtor and Debtor in Possession for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Examination of Eastern Caribbean Central Bank [Dkt. # 7].

    <u>Responses</u>:  None

    <u>Status</u>: This matter is going forward.

9.     Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Debtor and Debtor in Possession to Conduct Discovery Regarding Bank of America, N.A. [Dkt. # 11].

      Related Document(s):

(A)    Proposed Order Granting Motion of Debtor and Debtor in Possession for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing Examination of Bank of America, N.A. [Dkt. # 11].

<u>Responses</u>:  None

<u>Status</u>: This matter is going forward.

10.    Motion for Protective Order Regarding the Confidential Information of the Debtor's Depositors Pursuant to Sections 105 and 107 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 1007(j) and 9037 [Dkt. # 9].

      Related Document(s):

(A)    Proposed Protective Order Regarding the Confidential Information of the Debtor's Depositors Pursuant to Sections 105 and 107 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 1007(j) and 9037 [Dkt. # 9].

(B)    Declaration of Eustella Fontaine in Support of Motion for Protective Order Regarding the Confidential Information of the Debtor's Depositors Pursuant to Sections 105 and 107 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 1007(j) and 9037 [Dkt. # 10].

<u>Responses</u>:  None

<u>Status</u>: This matter is going forward.

|  |  |
|---|---|
| Dated: June 22, 2016<br>       New York, New York | Respectfully submitted,<br><br>REED SMITH LLP<br><br> /s/ James C. McCarroll_____<br>James C. McCarroll<br>Jordan W. Siev<br>Kurt F. Gwynne (*pro hac vice* pending)<br>599 Lexington Avenue<br>New York, NY  10022-7650<br>Telephone:  (212) 521-5400<br>Facsimile:  (212) 521-5450<br>Email: jmccarroll@reedsmith.com<br>          jsiev@reedsmith.com<br>          kgwynne@reedsmith.com<br><br>*Proposed Counsel for the Debtor and Debtor in Possession* |

- 5 -